THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. DOMINICK PONESSA, Appellant.

*Crimes — bigamy — judgment of conviction affirmed.*

*People* v. *Ponessa,* 216 App. Div. 771, affirmed.

(Argued May 7, 1926; decided May 25, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 5, 1926, which affirmed a judgment of the Orange County Court rendered upon a verdict convicting the defendant of the crime of bigamy.

*Henry Hirschberg* for appellant.

*Elmer H. Lemon, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J. CARDOZO, POUND, MCLAUGHLIN CRANE and LEHMAN, JJ. Absent: ANDREWS, J.